UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:21-cr-770 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| REYNALDO FRANCO, | ) | |
| | ) | |
| | ) | |
| DEFENDANT. | ) | |

This matter is before the Court upon Magistrate Judge Amanda M. Knapp Report and Recommendation that the Court ACCEPT the plea of guilty of defendant Reynaldo Franco and enter a finding of guilty against defendant. (Doc. No. 22.)

On October 28, 2021, the government filed an Indictment against defendant. (Doc. No. 1.) On October 6, 2022, this Court issued an order assigning this case to Magistrate Judge Knapp for the purpose of receiving defendant's guilty plea. (Doc. No. 18.)

On October 12, 2022, a hearing was held in which defendant entered a plea of guilty to Count 1 of the Indictment, charging him with Possession with Intent to Distribute Controlled Substances, in violation of 21 U.S.C. Sections 841(a)(1) and (b)(1)(C) Magistrate Judge Knapp received defendant's guilty plea and issued a Report and Recommendation ("R&R") recommending that this Court accept the plea and enter a finding of guilty. (Doc. No. 22.)

Neither party objected to the Magistrate Judge's R&R in the fourteen days after it was issued.

Upon *de novo* review of the record, the Magistrate Judge's R&R is ADOPTED. Specifically, the Court finds as follows: that the defendant is competent to enter a plea, that he understands his constitutional rights, that he is aware of the consequences of entering a plea, and that there is an adequate factual basis for the plea. The Court further finds that the plea was entered knowingly, intelligently, and voluntarily. Accordingly, the defendant's plea of guilty is APPROVED.

Therefore, the defendant is adjudged guilty of Count 1 of the indictment. The sentencing will be held on January 26, 2023 at 11:30 a.m.

**IT IS SO ORDERED**.

Dated: November 30, 2022

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**